**Willita D. BUSH, in propria persona, Plaintiff–Appellant**

v.

**ST. LOUIS COUNTY, MISSOURI, a municipal corporation; St. Louis County Civil Service Commission; Department of Revenue, St. Louis County; Tim Lee, Division Assistant Collector, Individually and Officially; Margaret Hart–Mahon, County Counselor, Individually and Officially; Eugene K. Leung, Director of Revenue, Individually and Officially; Kirk McCarley, Director of Division of Personnel, Individually and Officially; Mitchell A. Margo, Chairman, Individually and Officially; Nadine V. Nunn, Vice–Chairman, Individually and Officially; Richard Mange, Member, Individually and Officially; Fannie Lindo, Personnel, Individually and Officially; Ruth Collins, Human Resources Manager, Individually and Officially; Micki Wochner, County Counselor, Individually and Officially; Debbie Derr, Personnel, Individually and Officially; Bob Bourisaw, Personnel Administrator, Individually and Officially; Linda Cendroski, Personnel Specialist, Individually and Officially with others similarly situated; David Bruening,**

**Supervisor, Individually and Officially; Rita Stonecipher, Supervisor, Individually and Officially, Defendants–Appellees.**

**No. 12–2770.**

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 4, 2013.

Filed: Jan. 11, 2013.

Willita D. Bush, St. Ann, MO, pro se.

Robert Edward Fox, Jr., Saint Louis, MO, for Defendants–Appellees.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Willita D. Bush appeals multiple orders by the district court[1] in her 42 U.S.C. § 1983 action. Upon careful review of the record and Bush's arguments for reversal, we affirm the district court, *see* 8th Cir. R. 47B, and we deny Bush's pending motion to strike appellees' appendix.

---

1. The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.